IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARTIN A MARTINEZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-2495-RP |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the above-styled cause of action. On September 29, 2026, the Court held a telephone conference regarding Plaintiff's Motion for Preliminary Injunction, (Dkt. 4). At the conference, Defendant explained that adjudication of the Form I-130 was forthcoming and Plaintiff provided that he would ask the Immigration Judge to adjust the date by which relief applications should be identified and filed. (Dkt. 9). The parties also agreed to keep the Court updated. (*Id*). Since the conference, the parties have not updated the Court on the status of this case. The Court will therefore order the parties to file a joint status report. Plaintiff is to include in the joint status report whether his Motion for Preliminary Injunction, (Dkt. 4), is now moot, and whether service has been executed.

Accordingly, **IT IS ORDERED** that the parties shall file a joint status report on or before **October 30, 2026**, including statements from Plaintiff regarding the status of his motion for preliminary injunction and service.

**SIGNED** on October 21, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE